# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAAFAR TSOULI-MOUFID,** *Plaintiff* | : : : | **CIVIL ACTION** |
| v. | : : | |
| **CREDIT CONTROL, LLC,** *Defendant* | : : : | **No. 19-5400** |

## ORDER

AND NOW, this 26th day of October, 2020, upon consideration of Plaintiff's Motion to Dismiss with Prejudice (Doc. No. 7), Defendant's Response to the Motion to Dismiss (Doc. No. 8), Defendant's Motion for Attorneys' Fees and Costs (Doc. No. 11), Plaintiff's Response to Defendant's Motion (Doc. No. 13), and Defendant's Reply (Doc. No. 14), it is **ORDERED** that:

1. Plaintiff's Motion to Dismiss with Prejudice (Doc. No. 7) is **GRANTED**.

2. Defendant's Motion for Attorneys' Fees and Costs (Doc. No. 11) is **DENIED**.

3. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

*/s/ Gene E.K. Pratter*
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1